FILED

08/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ROBERT MAFFIT, and the MONTANA INDEPENDENT LIVING PROJECT, INC., a Montana Non-Profit Corporation,<br><br>    Plaintiffs/Appellants,<br>v.<br><br>CITY OF HELENA, and JOHN DOES 1-XXX<br>    Defendant/Appellee. | Cause No. DA-2020-0247<br><br>**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF** |

Appellee having moved this Court for an unopposed extension of time to file answer brief and for good cause shown, it is hereby ordered that the Appellee's answer brief be due on or before October 5, 2020.

DATED _____ day of August, 2020.

_____
SUPREME COURT JUSTICE

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2020